# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2024 ND 173

State of North Dakota,                                          Plaintiff and Appellee

v.

Georgia Littlebird,                                          Defendant and Appellant

## No. 20240050

Appeal from the District Court of Burleigh County, South Central Judicial District, the Honorable James S. Hill, Judge.

AFFIRMED.

Per Curiam.

Isaac O. Lees, Assistant State's Attorney, Bismarck, N.D., for plaintiff and appellee; on brief.

Kiara C. Kraus-Parr, Grand Forks, N.D., for defendant and appellant; on brief.

## State v. Littlebird
## No. 20240050

**Per Curiam.**

[¶1]  Georgia Littlebird appeals from a criminal judgment entered after a jury convicted her of aggravated assault. On appeal, Littlebird argues that the district court erred by failing to instruct the jury on voluntary intoxication. She also argues that there was insufficient evidence to support her conviction because the State did not prove she acted with the requisite culpability due to her intoxication.

[¶2]  Littlebird did not preserve the issue of the district court's failure to instruct the jury on voluntary intoxication, because she objected to the inclusion of intoxication instructions at trial. When the district court asked Littlebird if she objected to the two voluntary intoxication instructions proposed by the State, Littlebird responded: "Correct." It is clear on the face of the record that Littlebird affirmatively objected to the inclusion of an intoxication instruction, and as such, she waived the alleged instructional error. *State v. Houle*, 2022 ND 96, ¶ 7, 974 N.W.2d 401. After review of the record, we conclude that there was sufficient evidence to support the jury's verdict. We summarily affirm the judgment under N.D.R.App.P. 35.1(a)(2).

[¶3]  Jon J. Jensen, C.J.
       Daniel J. Crothers
       Lisa Fair McEvers
       Jerod E. Tufte
       Douglas A. Bahr